UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>  Plaintiff,<br><br> v.<br><br>MICHAEL GLENN YOUNG,<br><br>  Defendant. | CASE NO. CR-24-164<br><br>**DETENTION ORDER** |

The Court has conducted a detention hearing under 18 U.S.C. § 3142(f) and concludes there are no conditions which the defendant can meet which would reasonably assure the defendant's appearance as required or the safety of any other person and the community.

**FINDINGS OF FACT AND STATEMENT OF REASONS FOR DETENTION**

Defendant is charged with conspiracy to distribute controlled substances. This offense carries a rebuttal presumption that Defendant is both a risk of flight and a danger to community. The Court finds Defendant has failed to over this presumption. Defendant has lived in the community for a significant period of time and has the support of friends and family members. These positive factors are outweighed by negative factors. Defendant faces a very serious drug trafficking charge. The allegations involve tens of thousands of fentanyl pills and is national in scope. The government also proffered that Defendant played a supervisory or managerial role in this serious offense. The evidence against Defendant is strong. There is Title III wiretap evidence

DETENTION ORDER - 1

that establishes Defendant's alleged involvement in the charged offense. A large amount of fentanyl was shipped via FedEx and Defendant's name was used as well as his cell-phone number. The Court finds Defendant's argument that his name was "used" implying someone other than Defendant was involved, there is no dispute Defendant's name was in fact used to ship drugs and that FedEx received Defendant's phone number in connection with the shipment request. In addition to the severity of the charges and the strength of the government's case, Defendant has a criminal history showing long standing involvement in drug trafficking. Numerous warrants have been in issued in the past and Defendant was also convicted of Escape after being on abscond status for about two years. The Court accordingly concludes Defendant should be detained.

It is therefore **ORDERED**:

(1) Defendant shall be detained pending trial and committed to the custody of the Attorney General for confinement in a correctional facility separate, to the extent practicable, from persons awaiting or serving sentences, or being held in custody pending appeal;

(2) Defendant shall be afforded reasonable opportunity for private consultation with counsel;

(3) On order of a court of the United States or on request of an attorney for the Government, the person in charge of the correctional facility in which Defendant is confined shall deliver the defendant to a United States Marshal for the purpose of an appearance in connection with a court proceeding; and

(4) The Clerk shall provide copies of this order to all counsel, the United States Marshal, and to the United States Probation and Pretrial Services Officer.

DETENTION ORDER - 2

DATED this 8th day of October, 2024.

_____
BRIAN A. TSUCHIDA
United States Magistrate Judge

DETENTION ORDER - 3