The Honorable Jamal N. Whitehead

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
SEATTLE, WASHINGTON

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>                    Plaintiff,<br><br>          vs.<br><br>MICHAEL YOUNG,<br><br>                    Defendant. | )<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>) |

Case No.: CR 24-00164JNW

ORDER TO SEAL SECTION III C OF DEFENSE SENTENCING MEMORANDUM AND EXHIBITS B-E TO DEFENDANT MICHAEL YOUNG'S SENTENCING MEMORANDUM

<u>ORDER</u>

THIS COURT, having considered the argument by counsel that the contents of Exhibits B-E to Defendant Michael Young's Sentencing Memorandum and Section III C of that same Sentencing Memorandum should not be available to the public and should be permitted to be filed under seal, and hearing no objection from the government, NOW THEREFORE IT IS HEREBY ORDERD that the following materials shall be filed under seal:

- Michael Young Defense Sentencing Memorandum Section III C;
- Exhibit B to Defense Sentencing Memorandum;
- Exhibit C to Defense Sentencing Memorandum;
- Exhibit D to Defense Sentencing Memorandum;

LAW OFFICE OF JENNIFER HORWITZ, PLLC
P.O. BOX 70859
Seattle, WA  98127
(206) 799-2797

Exhibit E to Defense Sentencing Memorandum.


Dated this 20th day of November, 2025

_____
JUDGE JAMAL N. WHITEHEAD


Respectfully submitted this 10th day of November, 2025.


*Jennifer Horwitz*
_____
Jennifer Horwitz WSBA#23695
Attorney for MICHAEL YOUNG
Law Office of Jennifer Horwitz, PLLC
P.O. Box 70859
Seattle, WA 98127
Telephone: (206) 799-2797
E-mail: jennifer@jenniferhorwitzlaw.com

ORDER TO SEAL SECTION III C OF DEFENSE
SENTENCING MEMORANDUM AND EXHIBITS B-
E TO DEFENDANT MICHAEL YOUNG'S
SENTENCING MEMORANDUM- 2

LAW OFFICE OF JENNIFER HORWITZ, PLLC
P.O. BOX 70859
Seattle, WA 98127
(206) 799-2797